UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADAM SALAS RAMIREZ,

    Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,

    Defendant.

Case No. 16-cv-01128-JSC

**ORDER OF TRANSFER**

Petitioner, a California prisoner proceeding pro se, filed this petition for a writ of habeas corpus challenging the denial of parole. He is incarcerated at the California Medical Facility ("CMF") in Vacaville, California.

A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). Each of such districts shall have concurrent jurisdiction to entertain the petition; however, the district court for the district where the petition is filed may transfer the petition to the other district in the furtherance of justice. *See id.* If the petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credits claims, the district of confinement is the preferable forum. *See* Habeas L.R. 2254-3(b)(2); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

As the instant petition challenges the denial of parole, the district in which Petitioner is confined is the preferable venue.  Vacaville, where Petitioner is confined, lies within the venue of the Eastern District of California.  28 U.S.C. § 84.  Accordingly, in the interests of justice, this case is TRANSFERRED to the Eastern District of California.

The Clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: March 14, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SALAS RAMIREZ,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>    Defendant. | Case No. 16-cv-01128-JSC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 14, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Adam Salas Ramirez ID: Prisoner Id D-09734
California Medical Facility
P.O. Box 2500
J-161
Vacaville, CA 95696-2500

Dated: March 14, 2016

    Susan Y. Soong
    Clerk, United States District Court

    By:_____
    Ada Means, Deputy Clerk to the
    Honorable JACQUELINE SCOTT CORLEY

3